KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7124
  FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUSAN "SHELLY" SMITH, and XIAO FEI "EDDY" ZHENG, <br><br> Petitioners, <br><br> v. <br><br> DAVID STILL, in his Official Capacity, District Director, Bureau of Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; ROBERT C. DIVINE, in his Official Capacity, Acting Director Bureau of Citizenship and Immigration Services, United States Department of Homeland Security, and MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security, <br><br> Respondents. | No. C 05-5375 SBA <br><br> **STIPULATION TO DISMISS; AND ORDER** |

Petitioners, by and through their attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioners' relative visa petition.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 05-5375 SBA

| | |
|---|---|
| Date: February 13, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: February 13, 2006 | _____/s/_____<br>MARC VAN DER HOUT<br>ZACHARY NIGHTINGALE<br>Attorneys for Petitioners |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  2/14/06

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. to Dismiss
C 05-5375 SBA